**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 1 WM 2016
:
Respondent :
:
:
:
v. :
:
:
:
TAEVON TERRELL DIXON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.